Sophia Kaous, an Infant, by Her Mother and Natural Guardian, Aicha Agouzoul, et al., Appellants, v Lutheran Medical Center et al., Respondents.

Submitted June 20, 2016; decided August 30, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Steven L. Kessler, Doing Business as Law Offices of Steven L. Kessler, Respondent, v Regina Surgent, Appellant.

Submitted June 20, 2016; decided August 30, 2016

Motion for leave to appeal denied. Cross motion for the imposition of sanctions denied.

Lingfei Sun, Appellant, v City of New York et al., Respondents, et al., Defendants.

Submitted June 13, 2016; decided August 30, 2016

Motion for reargument of motion for leave to appeal denied [see 27 NY3d 904 (2016)].

Renato J. Pascual et al., Appellants, v Rustic Woods Homeowners Association, Inc., et al., Respondents.

Submitted June 6, 2016; decided August 30, 2016

Motion, insofar as it seeks leave to appeal as against Rustic Woods Homeowners Association, Inc. and Kathleen Fogarty etc. dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.